IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT N. WASHINGTON,   No. C 09-04355 SBA (PR)

    Petitioner,   **ORDER OF DISMISSAL**

v.

CALIFORNIA STATE OF CALIFORNIA,

    Respondent.
                                /

    Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has been granted leave to proceed in forma pauperis.

    On March 29, 2010, Petitioner filed an amended petition.

    Petitioner has filed a previous petition for a writ of habeas corpus with this Court, challenging the same conviction and sentence. See Case No. C 02-2146 MJJ (PR). The Court denied the first petition on the merits.

### DISCUSSION

    The Court finds the amended petition is a second or successive petition attacking the same conviction and sentence as Petitioner's prior federal habeas petition. A second or successive petition containing new claims may not be filed in the district court unless Petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not done so.[1] Accordingly, the amended petition is DISMISSED without prejudice to filing a new habeas action if Petitioner obtains the necessary order.

### CONCLUSION

    For the foregoing reasons, the amended petition is DISMISSED pursuant to 28 U.S.C. § 2244(b). The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case.

---

[1] In his amended petition, Petitioner states that he filed an "appeal" in the "Ninth Circuit Court," but that he "didn't receive answer on it." (Am. Pet. at 4.) Nowhere in his amended petition does Petitioner state that he filed with the Ninth Circuit Court of Appeals an application for authorization to file a second or successive habeas corpus petition.

1   The Clerk of the Court shall terminate all pending motions and close the file.

2   IT IS SO ORDERED.

3   DATED: 5/17/10

_____
SAUNDRA BROWN ARMSTRONG
4   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\HC.09\Washington4355.MTD(successive).wpd   2

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

6  ROBERT N. WASHINGTON,                                  Case Number: CV09-04355 SBA

7        Plaintiff,                                      **CERTIFICATE OF SERVICE**

8  v.

9  CALIFORNIA STATE OF et al,

10       Defendant.
                                            /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert N. Washington P72776
La Palma Correctional Center - Arizona
L.P.C.C.
5501 N. LaPalma Road
Eloy, AZ 85131

Dated: May 25, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Washington4355.MTD(successive).wpd